IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 12-480-SLR |
| v. | ) | |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Golden Bridge Technology, Inc. ("GBT") filed the above-captioned action on April 13, 2012;

WHEREAS, Defendant Hewlett-Packard Company ("Defendant") and GBT are parties to an earlier-filed action pending in this Court, C.A. No. 11-165-SLR, in which the parties have stipulated to a stay (for all purposes other than the defendants' voluntary participation in claim construction) pending resolution of GBT's claims against Apple, Inc. ("Apple") in C.A. No. 10-428-SLR (the "Apple Action");

WHEREAS, the parties are in agreement that the above-captioned action should be stayed pending the resolution of GBT's claims against Apple;

WHEREAS, in exchange for GBT's willingness to stay this action, Defendant has agreed to accept service of process by and through its undersigned counsel as of the date of this Stipulation and [Proposed] Order;

WHEREAS, the parties are in agreement that in light of the consensual stay, Defendant need not respond to the Complaint at this time; and

IT IS THEREFORE STIPULATED AND AGREED, subject to the approval of the Court that:

1.      Service of the Complaint in this matter is hereby acknowledged on behalf of Defendant on this 1st day of August 2012;

2.      All proceedings in the above-captioned action shall be stayed until further order of the Court or until such time as final judgment is entered in the Apple Action with respect to GBT's claims against Apple or an order dismissing Apple is entered in the Apple Action.


Dated:  August 1, 2012

KLEHR HARRISON
HARVEY BRANZBURG LLP

/s/ Sean M. Brennecke
David S. Eagle (DE #3387)
Sean M. Brennecke (DE #4686)
919 Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 552-5518
Fax:  (302) 426-9193
deagle@klehr.com
sbrennecke@klehr.com

*Attorneys for Plaintiff*
*Golden Bridge Technology, Inc.*

Dated:  August 1, 2012

POTTER ANDERSON
 & CORROON LLP

/s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street, 6th Floor
P. O. Box 951
Wilmington, DE  10899-0951
Tel: (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hewlett-Packard Company*


SO ORDERED this _____ day of _____, 2012.


_____
The Honorable Sue L. Robinson


2

PHIL1 2259903-1