IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF DELAWARE

| | |
|---|---|
| GOLDEN BRIDGE TECHNOLOGY, INC., | : |
| Plaintiff, | : |
| v. | : C. A. No. 12-480 (SLR) |
| HEWLETT-PACKARD COMPANY, | : |
| Defendant. | : |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on May 21, 2010, Plaintiff Golden Bridge Technology, Inc. ("Plaintiff") filed the action styled as *Golden Bridge Technology, Inc. v. Apple Inc. et. al.*, C.A. No. 10-428 (SLR), alleging infringement of U.S. Patent Nos. 7,359,427 B2 and 6,574,267 C1 ("the Apple Action");

WHEREAS, Plaintiff filed the above-captioned action (the "HP Action") on April 13, 2012 alleging infringement of U.S. Patent No. 6,574,267 C1;

WHEREAS, on August 1, 2012, by agreement of the parties, the HP Action was stayed pending entry of final judgment against Apple in the Apple Action;

WHEREAS, on June 25, 2013, this Court entered a Rule 54(b) Final Judgment in the Apple Action, and on July 1, 2013, this Court entered an Amended Rule 54(b) Final Judgment in the Apple Action;

WHEREAS, on July 3, 2013, Plaintiff filed a Notice of Appeal to the Court of Appeals for the Federal Circuit in the Apple Action (D.I. 345 in C.A. No. 10-428) seeking appellate

ME1 16757012v.1

review of this Court's claim construction and non-infringement determination with regard to Apple Inc.;

WHEREAS, the Court of Appeals for the Federal Circuit has docketed Plaintiff's appeal and assigned it No. 2013-1496 (the "Federal Circuit Appeal");

WHEREAS, all parties to the above-captioned action are presently in agreement that maintaining the stay of this action pending resolution of the Federal Circuit Appeal is in the best interests of the parties and the Court and will promote judicial economy; and

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the undersigned counsel that, subject to the Court's approval, all proceedings in the above-captioned action shall remain stayed until further order of the Court or until such time as the parties jointly advise the Court that the Federal Circuit Appeal has concluded.

| | |
|---|---|
| Dated:  November 20, 2013 | Dated:  November 20, 2013 |
| MCCARTER & ENGLISH, LLP | POTTER ANDERSON & CORROON, LLP |
| By: */s/ Daniel M. Silver*<br>    Michael P. Kelly (DE #2295)<br>    Daniel M. Silver (DE #4758)<br>    Renaissance Centre<br>    405 N. King Street 8th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6300<br>    Fax:  (302) 984-6399<br>    mkelly@mccarter.com<br>    dsilver@mccarter.com | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (DE #2246)<br>    David E. Moore (DE #3983)<br>    1313 N. Market Street<br>    Hercules Plaza, 6th Floor<br>    P. O. Box 951<br>    Wilmington, DE 19899<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Golden Bridge Technology, Inc.* | *Attorneys for Defendant*<br>*Hewlett-Packard Company* |

SO ORDERED this _____ day of _____, 2013.

_____
The Honorable Sue L. Robinson